THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL BRYANT, Appellant. [17 NYS3d 643]—

Judgment, Supreme Court, Bronx County (William McGuire, J.), rendered April 17, 2014, convicting defendant, upon his plea of guilty, of robbery in the third degree, and sentencing him to a term of one to three years, unanimously affirmed.

The court, which included the duration of its order of protection in the written order signed by defendant, was not required to make an oral pronouncement of the order's duration at sentencing, because an order of protection is not part of the sentence imposed (*see People v Nieves*, 2 NY3d 310, 316 [2004]). The court properly set the order of protection to expire eight years from the date of the sentencing (*see* CPL 530.13 [4] [A] [i]), and since the duration of the order was not based on the expiration date of defendant's sentence, jail time credit was irrelevant. Defendant did not preserve his contention that the full order of protection is invalid because the court failed to articulate on the record its reasons for issuing the order pursuant to CPL 530.13 (4), and we decline to review it in the interest of justice (*see People v Reynolds*, 85 AD3d 825 [2d Dept 2011], *lv denied* 18 NY3d 927 [2012]). Concur—Friedman, J.P., Sweeny, Saxe, Moskowitz and Gische, JJ.